# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Blue Yonder Group, Inc.
Plaintiff

v.

Kinaxis Inc. and Kinaxis Corp.
Defendant

3:20-cv-3636
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Blue Yonder Group, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Blue Yonder Group, Inc. is a wholly owned subsidiary of Blue Yonder Crown Parent, LLC, which is a wholly owned subsidiary of Blue Yonder Crown Holding, LLC, which is a wholly owned subsidiary of Blue Yonder Holding, Inc. The Blackstone Group and Panasonic Corporation each own more than 10% of the stock of Blue Yonder Holding, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None.

| | |
|---|---|
| Date: | December 14, 2020 |
| Signature: | s/ Joshua W. Budwin |
| Print Name: | Joshua W. Budwin |
| Bar Number: | 24050347 |
| Address: | 300 W. 6th Street, Suite 1700 |
| City, State, Zip: | Austin, Texas 78701 |
| Telephone: | (512) 692-8700 |
| Fax: | (512) 692-8744 |
| E-Mail: | jbudwin@mckoolsmith.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons