IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLUE YONDER GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KINAXIS INC. and KINAXIS CORP.,<br><br>Defendants. | C.A. No. 3:20-cv-3636<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' MOTION TO SEAL PLAINTIFF'S COMPLAINT

Pursuant to Local Rules 7.1 and 79.3 and Federal Rule of Civil Procedure 26(c)(1)(G), Defendants Kinaxis Inc. and Kinaxis Corp. respectfully move this Court to seal Plaintiff Blue Yonder Group, Inc.'s Original Complaint (Dkt. No. 1) because it contains excerpts from and refers to documents comprising confidential business information of Kinaxis. The grounds for this motion are further set forth in Kinaxis's Opening Brief in Support of its Motion to Seal, which is being filed contemporaneously herewith.

Dated:  December 23, 2020

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Ricardo J. Bonilla*
Ruffin B. Cordell (*pro hac vice forthcoming*)
cordel@fr.com
Texas Bar No. 04820550
1000 Main Avenue, S.W.
Washington, DC 20024
(202) 783-5070 – Telephone
(202) 783-2331 – Facsimile

Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANTS KINAXIS INC. AND KINAXIS CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 23, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred via telephone and e-mail on December 22 and 23, 2020, regarding Defendants' motion. Plaintiff has not consented to the relief requested, as it indicated it would not oppose the motion only if Defendants agreed to certain conditions. Defendants could not agree on all of those conditions, and they therefore understand Plaintiff to be opposed to this motion.

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla
